UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                          Chapter 11

LONG ISLAND CITY DEVELOPERS                          Case No. 21-41272 (JMM)
GROUP, LLC,

                                             Debtor.
---------------------------------------------------------------X

**ORDER SCHEDULING EXPEDITED HEARING AND SHORTENING
TIME FOR NOTICE OF HEARING ON MOTION OF THE DEBTOR
FOR ORDER (A) APPROVING BIDDING PROCEDURES AND (B)
SCHEDULING BID DEADLINE, AUCTION DATE, AND SALE
HEARING AND APPROVING NOTICE THEREOF**

Upon the Motion (the "Motion to Expedite") **[ECF No. 81] (JMM)** of Long Island City Developers Group, LLC, debtor and debtor in possession (the "Debtor"), for entry of an order scheduling an expedited hearing and shortening time for notice of hearing on the Debtor's motion (the "Bidding Procedures Motion") **[ECF No. 80] (JMM)** for entry of an Order (a) approving bidding procedures (the "Bidding Procedures"), to be used for the sale (the "Sale") of the real property known as and located at 38-24 32nd Street, Long Island City, New York (the "Property"), and (b) scheduling the bid deadline, auction date, and sale hearing and approving the form and manner of notice thereof (the "Bidding Procedures Motion"); and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Motion to Expedite having been provided under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion to Expedite is proper; and upon the Motion to Expedite and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

**It is hereby ORDERED that:**

1. The hearing (the "Hearing") on the Bidding Procedures Motion shall be held on **November 13, 2023 at 2:00 p.m.** before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court, Courtroom 3529, 271-C Cadman Plaza East, Brooklyn, NY 11201. The Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

2. The Bidding Procedures Motion, together with a copy of this order, shall be served ~~within three (3) business days of entry of this order~~ **by November 3, 2023 at 12:00 pm (JMM)** via electronic mail or **facsimile to the extent they are available and (JMM)** overnight delivery to the Office of the United States Trustee, all creditors, and all parties having filed a notice of appearance.

3. Objections to the Bidding Procedures Motion, if any, may be made orally at the Hearing.

[*Order Continues on Next Page*]

4. Written objections to the Bidding Procedures Motion, if any, shall be filed with the Court, and served upon the following: (i) the Office of the United States Trustee, One Bowling Geren, Suite 510, New York, NY 10004, (ii) Debtor's counsel, Morrison Tenenbaum PLLC, 87 Walker Street, Floor 2, New York, New York 10013, attn: Brian J. Hufnagel, Esq., so as to be received no later than **November 10, 2023 at 5:00 p.m.**

Dated: November 2, 2023
       Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge